IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| SHEILA RIVERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 0:05-1961 |

# ORDER

On July 11, 2005, the plaintiff filed a complaint pursuant to 42 U.S.C. § 405 (g), seeking judicial review of the final decision of the Commissioner wherein she was denied disability benefits. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant to whom this case had previously been assigned. In the Report, Magistrate Judge Marchant recommends that the "decision of the Commissioner be reversed, and that this case be remanded to the Commissioner for a proper evaluation and consideration of the relevant medical evidence, and for such further administrative action as is deemed necessary and appropriate." (Doc #12). The plaintiff filed no objections to the Report.[1]

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

---

[1] Defendants filed a "Notice of Intent Not to File Objections to Magistrate's Report and Recommendation." (Doc #13).

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #12) and the Commissioner's decision is hereby reversed, and this case remanded to the Commissioner for a proper evaluation and consideration of the relevant medical evidence, and for such further administrative action as is deemed necessary and appropriate.

**IT IS SO ORDERED**.

s/Terry L.Wooten

Terry L. Wooten
United States District Judge

November 20, 2006
Florence, South Carolina